```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MATT GROVE, individually and on behalf of all others              :
similarly situated,                                               :
                                                                  :
                                                                  :    25-CV-5338 (JMF)
                                          Plaintiff,              :
                                                                  :    INITIAL ORDER
               -v-                                                :
                                                                  :
COINBASE, INC. et al.,                                            :
                                                                  :
                                          Defendants.             :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On June 26, 2025, Plaintiff Matt Grove commenced this action arising from a cybersecurity incident involving Defendants Coinbase, Inc. and Coinbase Global, Inc. This case is one of several lawsuits across the country arising from the same cybersecurity incident, with the undersigned presiding over the cases filed in this District. *See, e.g.*, *Panthaki v. Coinbase Global et al.*, 25-cv-4094 (S.D.N.Y.); *McAfee v. Coinbase, Inc.* et al., 25-cv-4137 (S.D.N.Y.), *Rahman v. Coinbase, Inc. et al.*, 25-cv-4577 (S.D.N.Y.). On May 16, 2025, the plaintiff in another of these actions, *Shakib v. Coinbase Global, Inc.*, 3:25-cv-4207 (N.D. Cal.), filed a motion for transfer and centralization pursuant to 28 U.S.C. § 1407 with the United States Judicial Panel on Multidistrict Litigation ("JPML"), *In re Coinbase Customer Data Security Breach Litigation*, MDL 3153. The JPML has scheduled a hearing on the centralization request to take place on July 31, 2025.

In light of the upcoming JPML hearing — and to align scheduling in this case with related cases assigned to the undersigned — the Court hereby STAYS all deadlines in this action pending the JPML's decision on the centralization request. The Court previously scheduled an

initial pretrial conference in those related cases for August 27, 2025, but that conference — and all related deadlines — have been adjourned *sine die*. *See, e.g.*, *Panthaki v. Coinbase Global et al.*, 25-cv-4094 (S.D.N.Y.), ECF No. 9.

If this case remains in this District after the JPML's order (whether because the JPML denies the centralization request or because the JPML orders the centralized cases to be transferred to this District), **within fourteen days of the JPML's order**, the parties shall meet and confer to jointly propose next steps and briefing schedules for any motions to consolidate, appoint interim lead counsel, a consolidated complaint, and any other motions.

SO ORDERED.

Dated: July 1, 2025
New York, New York

_____
JESSE M. FURMAN
United States District Judge